UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA COALITION FOR PUBLIC EDUCATION - MONROE COUNTY AND SOUTH CENTRAL INDIANA, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-01295-JMS-MPB ) |
| JENNIFER MCCORMICK, | ) ) |
| Defendant. | ) ) |
| SEVEN OAKS CLASSICAL SCHOOL, INC., | ) ) ) |
| Intervenor Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES** Plaintiff Indiana Coalition for Public Education - Monroe County and Southern Central Indiana, Inc.'s Complaint **WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

Date: 9/6/2018

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _*[signature]*_____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**